# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139300-2

_____

In re ARMON MARCUS TAVORN, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

ANNA MOZELLA TAVORN,
        Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
        Respondents.

_____

SC: 139300
COA: 287495
Macomb CC Family Division:
2006-000358-NA

In re JANET ARIELA TAVORN, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

ANNA MOZELLA TAVORN,
        Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
        Respondents.

_____

SC: 139301
COA: 287497
Macomb CC Family Division:
2006-000359-NA

In re JORDAN RITCHIE TAVORN, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

                                                  SC: 139302
                                                  COA: 287498
                                                  Macomb CC Family Division:
                                                  2008-000023-NA

ANNA MOZELLA TAVORN,
          Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
          Respondents.

_____/

      On order of the Court, the application for leave to appeal the June 25, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                           _____
s0804                                          Clerk